Argued and submitted July 24, 1991, reversed and remanded August 26, reconsideration denied November 12, 1992, petition for review pending 1993

STATE OF OREGON,
*Appellant,*

*v.*

STEPHEN D. MINOW,
*Respondent.*

(P121500; CA A65971)

836 P2d 748

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Mary M. Reese, Deputy Public Defender, Salem, argued the cause for respondent. With her on the brief was Sally L. Avera, Public Defender, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

Reversed and remanded. *State v. Trenary,* 114 Or App 608, 836 P2d 739 (1992).